## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Raymond P. Moore

Criminal Case No. 14-cr-00250-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      THEO SAYLES,

      Defendant.

_____

## ORDER SETTING TRIAL DATES AND DEADLINES
_____

      This matter has been scheduled for a **three-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **September 8, 2014 at 9:00 a.m.**  It is

      ORDERED THAT all pretrial motions shall be filed by **July 17, 2014** and responses to these motions shall be filed by **July 24, 2014**.  It is further

      ORDERED that a Trial Preparation Conference is set for **September 2, 2014 at 1:00 p.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

      The parties shall be prepared to address the following issues at the Trial Preparation Conference:

      1)    jury selection;

      2)    sequestration of witnesses;

      3)    timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED this 7th day of July, 2014.

                                           BY THE COURT:

                                           _____
                                           RAYMOND P. MOORE
                                           United States District Judge