## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date:   December 3, 2014 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer:   Darren Streich | |

**CASE NO.   14-cr-00250-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Mark Barrett |
|         Plaintiff, | |
| v. | |
| 1.   THEO SAYLES, | Edward Harris |
|         Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:**       **3:01 p.m.**
Appearances of counsel.   Defendant is present and in custody.

Court advises counsel that his son attended the same high school at the same time as the defendant. Counsel agree that there is no conflict.

Defendant entered his plea on September 2, 2014, to Count 1 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

The Government's counsel orally moves for the third point for acceptance of responsibility.

**ORDERED:**   The Government's oral motion for third point of acceptance of responsibility is GRANTED.

**ORDERED:**   Defendant's Motion for Downward Variance and Sentencing Memorandum in Support of Variance (Doc. 22, filed 11/3/14) is DENIED as moot.

Argument given and discussion held regarding Defendant's Amended Motion for Downward Variance and Sentencing Memorandum in Support of Variance (Doc. 23, filed 11/5/14).

Defendant's mother addresses the Court.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, counsel for the government, and the Probation Officer address the Court regarding sentencing.

**ORDERED:** Defendant's Amended Motion for Downward Variance and Sentencing Memorandum in Support of Variance (Doc. 23, filed 11/5/14) is GRANTED.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Theo Sayles, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **32** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of three (3) years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall not possess and shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED: Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation

- (**X**)   officer until such time as defendant is released from the program by the probation officer.   Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**)   Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**)   Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
- (**X**)   Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
- (**X**)   The defendant shall submit his or her person, property, house, residence, papers, or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.
- (**X**)   The defendant shall not associate with or have contact with any gang members and shall not participate in gang activity, to include displaying gang paraphernalia.

**ORDERED:**   Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

Court RECOMMENDS that the Bureau of Prisons place the defendant at the Englewood facility, if he meets the security requirements for that institution.   If he does not meet the security requirements for that facility, the Court RECOMMENDS that the defendant be incarcerated in the Florence facility.

Court RECOMMENDS that the defendant participate in and complete three (3) educational programs of a post-high school level

Court RECOMMENDS that the defendant be allowed to participate in a program for treatment of substance abuse.

**ORDERED:**  Costs of imprisonment and supervised release are WAIVED.

Defendant advised of right to appeal.   Any notice of appeal must be filed within 14 days.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**ORDERED:**  That the defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

**Court in recess:**    **4:02 p.m.**
Hearing concluded.
Total time:    1:01